JEO
E

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

(FILED)
SIMEON PAUL HOWARD

Inmate Identification Number:

146805

_____

(Enter above the full name of the plaintiff
in this action)

> *NOTICE TO FILING PARTY*
>
> *It is your responsibility to notify the clerk in writing of any address change.*
>
> *Failure to notify the clerk may result in dismissal of your case without further notice.*

vs.

~~[redacted]~~

CALHOUN COUNTY

CALHOUN County Jail

1:17-cv-00537-LSC-JEO

(Enter above full name(s) of the defendant(s)
in this action)

I.   Previous lawsuits

   A.   Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?
   Yes (   )        No (X)

   B.   If the answer to (A) is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

      1.   Parties to this previous lawsuit:

         Plaintiff: N/A

         Defendant(s): N/A



2. Court (if Federal Court, name the district; if State Court, name the county) N/A

3. Docket number N/A

4. Name of judge to whom case was assigned N/A

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) N/A

6. Approximate date of filing lawsuit N/A

7. Approximate date of disposition N/A

II. Place of present confinement Calhoun County Jail

A. Is there a prisoner grievance procedure in this institution?
Yes (X)   No ( )

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?   Yes (X)   No ( )

C. If your answer is YES:

1. What steps did you take? I put my complaint on the kiosk twice concerning the issue, one to seargent, one to Lteunant

2. What was the result? One was rejected, the other one was not answerd. (CONTINUED Below)

D. If your answer is NO, explain why not: Its Been a 5 month period and it (was) the greivence has not been addressed. furthurmore I talked personally with the captin Eric Starr concerning calling tellmate the company in charge of tecnecal Errores on the Kiosk He said He would set time aside for me to go to the supplimental law libary and Has not performed His word or delegated the task to anyone else.

3

III. Parties.

In item (A) below, place your name in the first blank and place your present address in the second blank.

A. Name of Plaintiff(s) Simeon Howard.

Address 400 west 8th ST
Anniston, AL 36201

In item (B) below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item (C) for the names, positions, and places of employment of any additional defendants.

B. Defendant CALHOON County Jail

Is employed as _____

at 400 West 8th St Anniston, AL. 36201

C. Additional Defendants _____

IV. Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statues. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.

I got on the silver Box to hook up case law and And state Statues and some legislation on the law libary App. and Could not accses any of the links, to legal wetsites and could not type any letters or numbers in the space provided to look up specific laws. when I asked Concerning how to correct it, staff Replied there was

4

nothing that they (M.A.) Staff could do. I need axes to adequately fight a legal matter as a pro se litigate

V. **RELIEF**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statues.

I want the court to mandate the jail to get an adequate legal libary, and maxium monitary compesation for not having acesses to a law libary to fight my case and regechting my Enquries and bring me to a place were I can do regul Reasearch.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 3/29/2017.

(ex Rel) Jumuen p Huward,
SIGNATURE

ADDRESS 400 West 8th St

Anniston, AL 36201

Calhoun County Jail

AIS #

COPY                                                                    3/29/2016

To Court Clerk,

Please send me 2 Applications to proceed Informous pauperis. The 1 Application I did have to accompany this new complaint has not been returned by the jail staff in 2 weeks. If possible provide me with confirmation of receipt of this civil rights complaint with a case number. Its imparitive that I recive a confirmation letter from this office, because for some unknown reason some mail never leaves this facility on time or at all, I have had mail returned without reasons as to why. Thank you for concideration.

With gratitude, Simeon Howard

p.s. please send also 3 civil rights complaint forms.
(prose 14 (Rev.10/16/) complaint for violation of civil rights (Prisoner)

RECEIVED 2017 APR -5 P 12:47 U.S. DISTRICT COURT N.D. OF ALABAMA